No. 01–10279. KOSTH *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 810] denied.

No. 02–258. JINKS *v.* RICHLAND COUNTY, SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, *ante,* p. 972.] Motion of the United States for leave to intervene granted.

No. 02–367. AMERICAN CYANAMID CO. *v.* GEYE ET AL. Sup. Ct. Tex. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–6247. RIEMERS *v.* PETERS-RIEMERS. Sup. Ct. N. D. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 3, 2002, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–598. IN RE ALEXANDER;
No. 02–6850. IN RE BARNETT;
No. 02–6869. IN RE JERNIGAN;
No. 02–6899. IN RE MIKKO;
No. 02–6946. IN RE HARRISON;
No. 02–6947. IN RE FAIRFIELD;
No. 02–6953. IN RE HART; and
No. 02–6967. IN RE PERRY. Petitions for writs of habeas corpus denied.

No. 02–381. IN RE TRANSEURO AMERTRANS WORLDWIDE MOVING & RELOCATIONS LTD.;
No. 02–6248. IN RE DEDES;
No. 02–6616. IN RE MCGHGHY;
No. 02–6704. IN RE HETHERINGTON; and
No. 02–6806. IN RE TAMFU. Petitions for writs of mandamus denied.

No. 02–361. UNITED STATES ET AL. *v.* AMERICAN LIBRARY ASSN., INC., ET AL. Appeal from D. C. E. D. Pa. Probable jurisdiction noted.